IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Rita M Thomas-Holman<br>4310 Whitney Crest Court<br>Manvel, TX  77578<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 23-30072-H1 |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim. After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Rita M Thomas-Holman<br>4310 Whitney Crest Court<br>Manvel, TX  77578 | $0.00 | DEBTOR REFUND |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY ENFORCEMENT DIV<br>101 E 15TH ST #556<br>AUSTIN, TX  78778 | $579.28 | UNSECURED CREDITOR<br>ACCT:  7033<br>COMM:  OVERPYMT OF UNEMPLOYMENT BENEFITS |
| BRIDGECREST ACCEPTANCE CORPORATION<br>c/o AIS PORTFOLIO SERVICES, LP<br>4515 N. SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK  73118 | $0.00 | PARTY REQUESTING NOTICE<br>ACCT:  1301<br>COMM:  NOTICE ONLY |
| BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP<br>4004 BELT LINE ROAD  SUITE 100<br>ADDISON, TX  75001 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY<br>(LOANDEPOT.COM LLC) |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA  22119-3000 | $17,215.39 | UNSECURED CREDITOR<br>ACCT:  9235<br>COMM:  MONEY LOANED |

CASE NO.  23-30072-H1   Rita M Thomas-Holman

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA  22119-3000 | $22,501.72 | UNSECURED CREDITOR<br>ACCT:  1211<br>COMM:  MONEY LOANED |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA  22119-3000 | $2,021.04 | UNSECURED CREDITOR<br>ACCT:  4227<br>COMM:  CREDIT CARD |
| NELNET<br>EDUCATIONAL CREDIT MGMT CORP<br>LOCK BOX 8682<br>PO BOX 16478<br>SAINT PAUL, MN  55116-0478 | $8,988.88 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  7033<br>COMM:  STUDENT LOAN |
| WESTLAKE SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 3427<br>GREENVILLE, SC  29602 | $10,000.00 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT:  6871<br>COMM:  2012 PORSCHE CAYENNE (PAY VALUE) |
| JANE M MCLAUGHLIN<br>77 SUGAR CREEK CENTER BLVD., STE 600<br>SUGAR LAND, TX  77478 | $3,555.00 | ATTORNEY FEES<br><br>COMM:  ATTY FEES PER PLAN - S/ORDER 1/23/23 |
| ACIMA CREDIT<br>PO BOX 1667<br>DRAPER, UT  84020-1667 | $975.00 | SECURED CREDITOR<br><br>COMM:  FURNITURE: (NO POC FILED - PAY PER PLAN) |
| SNAP FINANCE LLC<br>PO BOX 26561<br>SALT LAKE CITY, UT  84126 | $1,648.04 | SECURED CREDITOR<br><br>COMM:  FURNITURE: (NO POC FILED - PAYING PER PLAN) |
| WEST CREEK FINANCIAL<br>PO BOX 5518<br>GLEN ALLEN, VA  23058 | $1,091.00 | SECURED CREDITOR<br>ACCT:  33X1<br>COMM:  FURNITURE: (NO POC FILED - PAYING PER PLAN) |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,091.97 | PRIORITY CREDITOR<br>ACCT:  7033<br>COMM:  2019 TAXES (AMD POC 3/9/23) |

CASE NO.  23-30072-H1   Rita M Thomas-Holman

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRIDGECREST ACCEPTANCE CORPORATION<br>AIS PORTFOLIO SERVICES, LP AS AGENT<br>PO BOX 4138<br>HOUSTON, TX  77210 | $8,095.26 | ABANDONED COLLATERAL<br>ACCT:  1301<br>COMM:  2017 FORD MUSTANG CONVERTABLE (A/C) |
| NAVY FCU<br>PO BOX 3000<br>MERRIFIELD, VA  22119 | $7,454.00 | ABANDONED COLLATERAL<br>ACCT:  1934<br>COMM:  2013 MERCEDEZ (POC AMD 2/28/23 - DEFICIENCY CLM) |
| LOANDEPOT.COM LLC<br>PO BOX 5710<br>CHICAGO, IL  60680-5681 | $3,386.69 | MTG-PREPETITION ARREARS<br>ACCT:  1956<br>COMM:  MTG ARRS - 4310 WHITNEY CREST CT |
| AFFIRM INCORP<br>30 ISABELLA ST STE 2<br>PITTSBURGH, PA  15212-5862 | $0.00 | NOT FILED<br><br>COMM:  DEBT |
| AYUB FAZAL<br>28634 LENA TRAIL DR<br>SPRING, TX  77388 | $0.00 | NOT FILED<br><br>COMM:  JUDGMENT |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00 | NOT FILED<br>ACCT:  1377 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $304.53 | UNSECURED CREDITOR<br>ACCT:  3992<br>COMM:  CREDIT CARD (CREDIT ONE BANK) |
| HFH CAPITAL LLC<br>ZACHTER PLLC<br>2 UNIVERISTY PLAZA, STE 205<br>HACKENSACK, NJ  07601 | $0.00 | NOT FILED<br><br>COMM:  BUISINESS LOAN - (POC FILED AS SECURED - SEE CLM #30) |
| CITIBANK NA<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA  98083-0280 | $1,157.15 | UNSECURED CREDITOR<br>ACCT:  0484<br>COMM:  MONEY LOANED |
| MARINER FINANCE<br>8211 TOWN CENTER<br>NOTTINGHAM, MD  21236 | $3,442.22 | UNSECURED CREDITOR<br>ACCT:  5744<br>COMM:  PERSONAL LOAN |

CASE NO.  23-30072-H1   Rita M Thomas-Holman

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MED DATA SYSTEM<br>2001 19TH AVE SUITE 312<br>VERO BEACH, FL  32960 | $0.00 | NOT FILED<br>ACCT:  1335 |
| DEL BELLO LAKES HOA<br>13231 CHAMPION FOREST DRIVE SUITE 112<br>HOUSTON, TX  77069 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br><br>COMM:  HOA |
| LOANDEPOT.COM LLC<br>PO BOX 5710<br>CHICAGO, IL  60680-5681 | $1,250.00 | MTG-FEES, COSTS AND EXPENSES (3002.1)<br>ACCT:  1956<br>COMM: SUPP. CLM DKT #25 (BK POC FEES 2/2/23)(PLAN OBJ 1/31/23)(POC 410A 1/27/23) |
| BRAZORIA COUNTY ET AL<br>BRAZORIA COUNTY TAX OFFICE<br>111 E LOCUST<br>ANGLETON, TX  77515 | $2,958.81 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  4310 WHITNEY CREST CT<br>COMM:  EST. 2023 TAXES |
| BRAZORIA COUNTY MUD #43<br>PO BOX 1368<br>FRIENDSWOOD, TX  77549 | $1,393.92 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  4310 WHITNEY CREST CT<br>COMM:  EST. 2023 TAXES |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>c/o  MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  Brazoria County, Brazoria Drainage Dist. #4, Brazoria County Emergency Serv. Dist. #3, Special Rd & Bridge Dist., Alvin ISD, Alvin Comm. College etc |
| HFH CAPITAL LLC<br>ZACHTER PLLC<br>2 UNIVERISTY PLAZA, STE 205<br>HACKENSACK, NJ  07601 | $7,063.10 | ABANDONED COLLATERAL<br><br>COMM:  JUDGEMENT - HOLMAN ENTERPRISES:<br>(A/C) |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA  22119-3000 | $7,468.49 | UNSECURED CREDITOR<br>ACCT:  1934<br>COMM:  2008 BMW 6 SERIES (POC AMD 3/16/23) |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $179.57 | UNSECURED CREDITOR<br>ACCT:  7033<br>COMM:  PENALTY & INTEREST (AMD POC 3/9/23) |

CASE NO.  23-30072-H1   Rita M Thomas-Holman

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LOANDEPOT.COM LLC<br>PO BOX 5710<br>CHICAGO, IL  60680-5681 | Claim Filed. Ongoing amount subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT:  1956<br>COMM:  3/23-1/28<br>HOMESTEAD |
| LOANDEPOT.COM LLC<br>PO BOX 5710<br>CHICAGO, IL  60680-5681 | $3,749.27 | MTG-AGREED ORDER AND/OR OTHER COURT ORDERED PYMT<br>ACCT:  1956.<br>COMM:  2/1/23 - POST-PETITION MTG PYMT (A/O DKT #43) |
| WESTLAKE SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 3427<br>GREENVILLE, SC  29602 | $805.15 | UNSECURED CREDITOR<br>ACCT:  6871<br>COMM:  Split Claim |
| **TOTAL:** | **$118,375.48** | |

CASE NO.  23-30072-H1   Rita M Thomas-Holman

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred .

DATED: June 13, 2024                                        /s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail June 18, 2024.

Electronically signed by
David G. Peake, Chapter 13 Trustee